■ In the Matter of Shawn Southerland, Petitioner, v Miriam R. Best et al., Respondents. [893 NYS2d 799]–

Concur—Mazzarelli, J.P., Saxe, Acosta, DeGrasse and Manzanet-Daniels, JJ.